IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BARRY WAYNE REGISTER
a/k/a CHARLIE RAY STARR                                                                                    PLAINTIFF

v.                                            Case No. 5:15-CV-05052

SHERIFF TIM HELDER; DR. MULLINS;
NURSE RHONDA BRADLEY; TERRY LEE,
Administrator for Southern Health Partners;
NURSE HARRIS; JENNIFER LAUB, Aramark
Administrator for Commissary; and
KATHERINE STANTON                                                                                          DEFENDANTS

## O R D E R

The Court has received two reports containing proposed findings and recommendations (Docs. 62 and 94) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations contained in both reports should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that the motion to dismiss (Doc. 35) filed by Defendant Jennifer Laub is GRANTED, and all claims against her are DISMISSED WITHOUT PREJUDICE for failure to state a claim.

IT IS FURTHER ORDERED that the motion to dismiss (Doc. 67) filed by Defendants Terry Lee and Lilly Harris is GRANTED, and all official-capacity claims against them are DISMISSED WITHOUT PREJUDICE for failure to state a claim. The claims against Defendants Lee and Harris in their individual capacities will proceed.

IT IS SO ORDERED this 16th day of October, 2015

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE