IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BARRY WAYNE REGISTER, a/k/a
Charlie Ray Starr                                                                                    PLAINTIFF

v.                                  No. 5:15-CV-05052

SHERIFF TIME HELDER; DR. MULLINS;
NURSE RHONDA BRADLEY; NURSE
TERESA LEE; NURSE HARRIS; and
KATHERINE STANTON                                                                         DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 139) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Defendants' motions for summary judgment. The Court has reviewed this case and finds that the report and recommendation (Doc. 139) is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motions for summary judgment (Docs. 110 and 113) are GRANTED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 24th day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE